UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MERLIN A. LITTLETON     PLAINTIFF

V.     CIVIL ACTION NO. 3:13cv153-CWR-LRA

DR. THOMAS LEHMAN, ET AL.     DEFENDANTS

## REPORT AND RECOMMENDATION

This cause is before the Court *sua sponte*, a notice concerning the death of Plaintiff having been filed. On October 21, 2014, a notice was filed with the Court indicating that Plaintiff died on August 4, 2014. [28]. More than ninety days have passed since the notice was filed, but no substitution of parties has been made. Therefore, the undersigned recommends that this case be dismissed as required by Fed. R. Civ. P. 25(a).

RESPECTFULLY SUBMITTED, this the 24th day of November, 2014.

/s/ Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE