IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MERLIN A. LITTLETON**                                                                             **PLAINTIFF**

**V.**                                                                                      **CIVIL ACTION NO. 3:13cv153-CWR-LRA**

**DR. THOMAS LEHMAN, ET AL.**                                              **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson, which was filed on November 24, 2014. Docket No. 30. The Report and Recommendation informed that a notice indicating that Plaintiff died on August 4, 2014, had been filed, that more than ninety days had passed since said notice, and that a substitution of parties had not yet been made. It recommended that this case be dismissed as required by Fed. R. Civ. P. 25(a).

This Court, finding that a new Plaintiff still has not been substituted in this action, adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed without prejudice. A separate Final Judgment will issue this day.

**SO ORDERED**, this the 20th day of July, 2015.

                                                                    s/ Carlton W. Reeves
                                                                    UNITED STATES DISTRICT JUDGE